IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLTON HARRISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:23-cv-722-ECM ) |
| 1945 INSURANCE GROUP, INC., | ) ) |
| Defendant. | ) ) |

**O R D E R**

Upon review of the parties' joint stipulation of dismissal (doc. 24), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been DISMISSED WITH PREJUDICE by operation of Rule 41. Any party, may for good cause shown, reopen this action within ninety (90) days from the date of this Order. It is further

ORDERED that all pending motions are DENIED as moot, and all deadlines are terminated.

The Clerk of Court is DIRECTED to close this case.

DONE this 4th day of November, 2024.

                          /s/ Emily C. Marks
                      EMILY C. MARKS
                      CHIEF UNITED STATES DISTRICT JUDGE